# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

LONE STAR SILICON INNOVATIONS LLC,

   Plaintiff,

   v.

TOSHIBA CORPORATION ET AL.,

   Defendants.

2:16-cv-01170-JRG-RSP
(lead case)

## ORDER DECONSOLIDATING AND TRANSFERRING VENUE

On July 13, 2017, Plaintiff Lone Star Silicon Innovations LLC and Defendants Toshiba Corporation, Toshiba America, Inc., and Toshiba America Electronics Components, Inc. (collectively, "Toshiba") filed their Joint Motion and Stipulation to Transfer Venue to the United States District Court for the Northern District of California [Dkt. # 153]. The Court **GRANTS** the motion. It is therefore

(1) **ORDERED** that all member cases are **DECONSOLIDATED** from Lead Case No. 2:16-CV-01170-JRG-RSP; (2) **ORDERED** that Case No. 2:16-CV-01170-JRG-RSP is **immediately TRANSFERRED** to the United States District Court for the Northern District of California for further proceedings as to Toshiba[1]; and (3) **ORDERED** that the deadlines set forth in the Court's Docket Control Order, including, but not limited to, the disclosures under P.R. 4-3, 4-4 and 4-5, as they concern Toshiba, are stayed.

**SIGNED this 14th day of July, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

[1]Sandisk Corp. and Western Digital Corp. were originally parties to this case, but Lone Star's claims against them have since been dismissed. Order of Dismissal [Dkt. # 149].