Jon A. Birmingham (Cal. Bar No. 271034)
jbirmi@fitcheven.com
**FITCH, EVEN, TABIN & FLANNERY LLP**
21700 Oxnard Street, Suite 1740
Woodland Hills, California 91367
Telephone: (818) 715-7025
Facsimile: (818) 715-7033

Timothy P. Maloney (*admitted pro hac vice*)
tpmalo@fitcheven.com
Joseph F. Marinelli (*admitted pro hac vice*)
jmarinelli@fitcheven.com
David A. Gosse (*admitted pro hac vice*)
dgosse@fitcheven.com
**FITCH, EVEN, TABIN & FLANNERY LLP**
120 South LaSalle Street, Suite 2100
Chicago, Illinois 60603
Telephone: (312) 577-7000
Facsimile: (312) 577-7007

*Attorney for Plaintiff,*
LONE STAR SILICON INNOVATIONS LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| LONE STAR SILICON INNOVATIONS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TOSHIBA CORPORATION, TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., AND TOSHIBA AMERICA, INC.<br><br>    Defendants. | Case No. 3:17-cv-04034-WHA<br><br>**NOTICE OF MOTION AND JOINT MOTION TO DISMISS**<br><br>Date:     August 16, 2018<br>Time:    8:00 AM<br>Place:    Courtroom 12, 19th Floor<br>Judge:   Hon. William Alsup |

**NOTICE OF MOTION AND JOINT MOTION TO DISMISS**

TO THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 16 at 8:00 A.M., or as soon thereafter as counsel may be heard in Courtroom 12 of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102, the Honorable William Alsup presiding, Plaintiff Lone Star Silicon Innovations, LLC ("Lone Star") and Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., and Toshiba America, Inc. ("Defendants") will, and hereby do, jointly move the Court to dismiss Plaintiff's claims for relief against Defendants with prejudice and Defendants' claims, defenses or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

**STATEMENT OF RELIEF REQUESTED**

WHEREAS, Plaintiff Lone Star Silicon Innovations LLC ("Plaintiff") and Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., and Toshiba America, Inc. ("Defendants") have resolved Plaintiff's claims for relief against Defendants and Defendants' counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Defendants, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendants with prejudice and Defendants' claims, defenses or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 |   |   |
| 3 | Dated: July 2, 2018 | FITCH, EVEN, TABIN & FLANNERY LLP |
| 4 |   |   |
| 5 |   | /s/ Joseph F. Marinelli<br>Joseph F. Marinelli (admitted *pro hac vice*) |
| 6 |   |   |
| 7 |   | *Attorney for Plaintiff*<br>*Lone Star Silicon Innovations LLC* |
| 8 |   |   |
| 9 |   |   |
| 10 | Dated: July 2, 2018 | /s/ Steven L. Park<br>Steven L. Park (admitted *pro hac vice*) |
| 11 |   | steven.park@dlapiper.com<br>DLA PIPER US LLP - ATLANTA |
| 12 |   | One Atlantic Center |
| 13 |   | 1201 West Peachtree Street, Suite 2800<br>Atlanta, GA 30309-3450 |
| 14 |   | Telephone: 404-736-7800<br>Facsimile: 404-682-7800 |
| 15 |   |   |
| 16 |   | Gerald T. Sekimura (Cal. Bar No. 96165)<br>DLA PIPER US LLP – SAN FRANCISCO |
| 17 |   | 555 Mission Street, Suite 2400<br>San Francisco, CA 94105 |
| 18 |   | Telephone: (415) 836-2500<br>Facsimile: (415) 836-2501 |
| 19 |   | gerald.sekimura@dlapiper.com |
| 20 |   | Saori Kaji (Cal. Bar No. 260392)<br>saori.kaji@dlapiper.com |
| 21 |   | Katherine Cheung (Cal. Bar No. 288051) |
| 22 |   | katherine.cheung@dlapiper.com<br>DLA PIPER US LLP – EAST PALO ALTO |
| 23 |   | 2000 University Avenue<br>East Palo Alto, CA 94303 |
| 24 |   | Telephone: (650) 833-2000<br>Facsimile: (650) 833-2001 |
| 25 |   |   |
| 26 |   | Attorneys for Defendants<br>Toshiba Corporation, Toshiba America, Inc., and |
| 27 |   | Toshiba America Electronic Components, Inc. |
| 28 |   |   |

## **ATTESTATION**

In accordance with Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from every other signatory to this document.

Dated: July 2, 2018                                                                  By: */s/* Joseph F. Marinelli
                                                                                              Joseph F. Marinelli